**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd. Ste 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
CATHAL WATTERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHAL WATTERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED RECOVERY SYSTEMS, LP,<br><br>　　　　Defendant(s), | Case No.: 2:21-cv-03807-SB-GJS<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, CATHAL WATTERS, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible

- 1 -

and Plaintiff anticipates filing a Fed. R. Civ. P. 41 voluntary dismissal, with prejudice, within sixty (60) days

Dated: June 25, 2021

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.