**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd. Ste 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
CATHAL WATTERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHAL WATTERS,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED RECOVERY SYSTEMS, LP,<br><br>        Defendant(s). | Case No.: 2:21-cv-03807-SB-GJS<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, CATHAL WATTERS ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his claims *with* prejudice.

- 1 -

RESPECTFULLY SUBMITTED,

Dated: August 27, 2021                    **MARTIN & BONTRAGER, APC**


By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*

VOLUNTARY DISMISSAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.


By: <u> /s/ G. Thomas Martin, III</u>
G. Thomas Martin, III, Esq.